UNITED STATES DISTRICT COURT
for the
Southern District of New York

Index No.: 12 CV 5807
Date Filed: 07/30/2012

JILL R. SHELLOW

                              Plaintiff(s),

   -against-

BRITISH AIRWAYS PLC.

                              Defendant(s).

---

STATE OF NEW YORK   )
                         : SS.:
COUNTY OF ALBANY   )

Bessie LaGrande being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State. That on August 7, 2012 at approximately 2:05 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law:
Summons in a Civil Action and Complaint
that the corporation served was:
BRITISH AIRWAYS PLC
a foreign business corporation, as the
defendant(s), in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State, located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie a white female with blonde hair, being approximately: 45-59 years of age; height of 5'2"-5'10"; weight of 131-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                                Bessie LaGrande

Sworn to before me
August 7, 2012

Maureen P. TenEyck
Commission expires on 11/26/2012
Notary Public State of New York
Appointed in County of Rensselaer
Registration Number 01TE6119365