UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JILL R. SHELLOW,

                Plaintiff,

                - against -

BRITISH AIRWAYS PLC,

                Defendant.
------------------------------------x

No. 12-cv-5807 (CS) (GAY)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or an incompetent, that the above entitled action is hereby discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court and an Order to that effect may be entered without further notice.

Dated: ~~May~~ June 5, 2013

By: _____
Wesley M. Serra, Esq. (WS-0466)
wserra@iromlaw.com

IROM, WITTELS, FREUND,
BERNE & SERRA, P.C.
349 East 149th Street
Bronx, New York 10451
Tel.: (718) 665-0220

*Attorneys for Plaintiff*

By _____
Anthony U. Battista (AB 0783)
abattista@condonlaw.com
Kevin J. Bishop (KB 0090)
kbishop@condonlaw.com

CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Tel.: (212) 894-6700
Fax: (212) 370-4453

*Attorneys for Defendant*
BRITISH AIRWAYS PLC

So Ordered. The Clerk shall close the case.

_____
Cathy Seibel, U.S.D.J.

Dated: 6/17/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/13